JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE L. OLMSCHEID, | ) No. 2:21-cv-09983-GJS |
| Plaintiff, | ) |
| v. | ) ~~[PROPOSED]~~ **JUDGMENT OF REMAND** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

DATE: January 19, 2023

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1