# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janelle L. Olmscheid,<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.  2:21-cv-09983-GJS<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND SEVEN HUNDRED SEVENTEEN DOLLARS AND 81/100 ($6,717.81) and costs in the amount of FOUR HUNDRED dollars ($400.00) under 28 U.S.C. §1920, as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    IT IS SO ORDERED.

DATE: April 20, 2023

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE